

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00710-CR

Daniel **WEBSTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2112A
Honorable Dick Alcala, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED May 29, 2019.

Luz Elena D. Chapa, Justice